**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TONY RICHARDSON                                                                               PLAINTIFF

v.                                              NO. 1:12CV00086 JLH/JTR

JARED BRANSCUM, Jailer; and
JOHN DOE, Independence County Jail                                              DEFENDANTS

## OPINION AND ORDER

Tony Richardson has filed his *pro se* § 1983 action alleging that his constitutional rights were violated while he was a pretrial detainee in the Independence County Jail. On November 19, 2012, the Court entered an order giving Richardson thirty days to file an amended application clarifying whether he was still entitled to proceed *in forma pauperis* after his recent release from custody. *See* Document #11. Importantly, the Court advised Richardson that, if he failed to timely do so, this case would be dismissed pursuant to Local Rule 5.5(c)(2), which provides that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

*Id.*

As of today's date, Richardson has not complied with the November 19, 2012 order, and the time for doing so has expired.

IT IS THEREFORE ORDERED THAT:

1.      This case is DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 5.5(c)(2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 2nd day of January, 2013.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE